**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JOSE MAXIMINO AVILA-POSADAS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No. CIV-26-1682-G** |
| ) | |
| **FRED FIGUEROA, Warden,** ) | |
| **of Diamondback Correctional Facility,** ) | |
| **et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## <u>ORDER</u>

Petitioner Jose Maximino Avila-Posadas, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on July 6, 2026.  *See* Pet. (Doc. No. 1).

The record before the Court reflects that Petitioner has not paid the required filing fee of $5.00, or, alternatively, filed an application to proceed *in forma pauperis*.  *See* LCvR 3.2, 3.3, 3.5.

IT IS THEREFORE ORDERED that, within seven (7) days of this Order, Petitioner shall pay the required filing fee of $5.00, or, alternatively, file an application to proceed *in forma pauperis*.

The record also reflects that Petitioner is currently represented by attorney John F. Waldron and that Attorney Waldron maintains an office in San Antonio, Texas.  To date, Petitioner's attorney has not shown association with local counsel or entered an appearance in this case.  *See* LCvR 83.3(a), 83.4.

2

IT IS FURTHER ORDERED that, within seven (7) days of this Order, Petitioner's attorney shall file an entry of appearance, as required by Local Civil Rule 83.4, and show association with local counsel or seek relief from that requirement under Local Civil Rule 83.3(c).

IT IS SO ORDERED this 9th day of July, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2